NUMBER 13-04-160-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

ORLANDO ORTIZ,                                                             Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 105th District Court of Kleberg County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Castillo
Opinion Per Curiam


         Appellant, ORLANDO ORTIZ, attempts to appeal a conviction for assault on a
public servant. The trial court has certified that “the defendant has waived the right
of appeal.” See Tex. R. App. P. 25.2(a)(2).
         On March 25, 2004, this Court notified appellant’s counsel of the trial court’s
certification and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.
         On March 29, 2004, counsel filed a letter brief with this Court. Counsel’s
response fails to establish either that the certification currently on file with this Court
is incorrect or that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

                                                      PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 20th day of May, 2004.